UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
AEREO                                                              Docket Number: 13 CV 3013 (AJN)

       -against-                                                         NOTICE OF ASSIGNMENT

CBS
-------------------------------------------------------

The above-entitled action is:

[ ] Declined by Hon.
    As   [ ]Related/ [ ] Similar to case #:

[ ] Assigned to the Hon.
    [ ] Designated / [ ] Redesignated Hon.                    ,Magistrate Judge

[ X ] Accepted by Hon. ALISON J. NATHAN (AJN)   as [ X ] Related/ [ ] Similar to case #:   12 CV 1540
[ X ] Designated   [ ] Redesignated Hon. HENRY B. PITMAN (HBP), Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

                                                                     Ruby J. Krajick
                                                                     Clerk of Court

Dated: 05/17/2013                                               By:     PHYLLIS ADAMIK
                                                                                   Deputy Clerk