UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEREO, INC.,
                Plaintiff,

-against-

CBS, BROADCASTING INC., et al.
           Defendant.

13 cv 03013 ( AJN)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **Christopher Dillon**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **Aereo, Inc.** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **Massachusetts** and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 20, 2013

Respectfully Submitted,

_[signature]_

Applicant Signature

Applicant's Name: Christopher Dillon
Firm Name: Fish & Richardson P.C.
Address: One Marina Park Drive
City / State / Zip: Boston, MA 02210-1878
Telephone / Fax: (617) 542-5070
E-Mail: CWD@fr.com

# COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fifteenth** day of **December** A.D. **1998**, said Court being the highest Court of Record in said Commonwealth:

## Christopher Dillon

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirteenth** day of **May** in the year of our Lord **two thousand and thirteen.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEREO, INC.,

      Plaintiff,

  -against-

CBS

      Defendant.

13-cv-3013 (AJN)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __Christopher Dillon__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Massachusetts__; and that his/her contact information is as follows (please print):

Applicant's Name: __Christopher Dillon__

Firm Name: __Fish & Richardson P.C.__

Address: __One Marina Park Drive__

City / State / Zip: __Boston, MA  02210-1878__

Telephone / Fax: __(617) 542-5070__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Aereo, Inc.__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                 _____
                 United States District / Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2013, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_/s/Kathryn Lugo_
Kathryn Lugo