# ALL STATE CONSTABLES, INC.
P.O. Box 339
Weymouth, MA 02188
(781) 344-0411 (Telephone)
(781) 344-5400 (Fax)

Aero, Inc. v. CBS Broadcasting, Inc., et al
Civil Action No: 13 CV 3013

## AFFIDAVIT OF SERVICE

I did this date, May 6, 2013 at approximately 12:40 p.m.; serve a true attested copy of the following:

- Summons in a Civil Action;
- Complaint for Declaratory Judgment;
- Exhibits A, B, C, D, and E;
- Rule 7.1 Statement;
- Civil Cover Sheet; and
- Addendum to Civil Cover Sheet

By Delivering In-Hand to:    Bernardo Montanez, Accepting Service for CBS Television Licenses, LLC c/o Corporation Service Company.

To wit:     84 State Street
            Boston, MA

Signed under the pains and penalties of perjury this 7th day of May, 2013

Russell Castagna,
Constable/Process Server

## NOTARIZATION

On this 7th day of May 2013, **Russell Castagna** personally appeared before me, proved to me through satisfactory evidence of identification, to wit, Massachusetts License, to be the signer of the attached document, and swore to me that the contents of said document are truthful and accurate to the best of his knowledge and belief.

Notary Public