# AFFIDAVIT OF SERVICE

**United States District Court**
**Southern District of New York**

Case No.: 13 CV 3013

Plaintiff(s):
**Aero, Inc.**

VS.
Defendant(s):
**CBS Broadcasting, Inc., et al.**

Received by Richmond Court Services, Inc. to be served on **Television Station KTXA, Inc. c/o Corporation Service Company (Registered Agent) at 1111 E. Main Street, Richmond, VA 23219**. I, **Kenneth V. Condrey**, being duly sworn, depose and say that on the 6th day of May, 2013 At 2:30pm executed service by delivering a **Summons, Complaint, Rule 7.1 Statement, Civil Cover Sheet, Exhibits A,B,C,D,E** in accordance with state statutes in the manner marked below:

( ) PERSONAL SERVICE ON:

( ) SUBSTITUTE SERVICE: By Serving

(**X**) CORPORATE SERVICE: By Serving **Rene Nordquist** as **Authorized Agent**

( ) POSTED SERVICE

( ) NON-SERVED (see comments)

(**X**) DESCRIPTION OF PERSON SERVED: White, Female, 50yr., 5'8", 165lb, Blond Hair

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the 7th day Of MAY, 2013

_[signature]_
NOTARY PUBLIC

_[signature]_
PROCESS SERVER

Richmond Court Services, Inc.
7742 Robinwood Dr.
Chesterfield, VA 23832
804-271-1442

[Notary Seal: KAREN L. RICE, NOTARY PUBLIC- VIRGINIA, CHESTERFIELD COUNTY, MY COMMISSION EXPIRES: 10-31-13, REGISTRATION #365099]