United States District Court for the Southern District of New York

CASE NO.: 13-CV-3013

## AFFIDAVIT OF SERVICE

**Aereo, Inc.**

vs.

**CBS Broadcasting, Inc., et al**
_____/

Commonwealth of Pennsylvania
County of Dauphin     ss.

I, **Michael B. Reneker**, a competent adult, being duly sworn according to law, depose and say that at **1:25 PM** on **05/06/2013**, I served **Philadelphia Television Station WPSG, Inc. at Corporation Service Company, 2595 Interstate Drive, Suite 103, Harrisburg, PA 17110** in the manner described below:

☐ Defendant(s) personally served.

☐ Adult family member with whom said Defendant(s) reside(s).
Relationship is _____.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐ Agent or person in charge of Defendant's office or usual place of business.

☐ _____ an officer of said Defendant's company.

☑ Other: **Served Jennifer Smith, Customer Service Specialist.**

a true and correct copy of **Summons in a Civil Action; Complaint for Declaratory Judgment; Exhibits A–E; Statement; Civil Cover Sheet; Addendum to Civil Cover Sheet (Additional Defendants)** issued in the above captioned matter.

Description:
**Sex: Female – Age: 40 – Skin: White – Hair: Brown – Height: 5' 10" – Weight: 140**

Sworn to and subscribed before me on this ____ day of May, 2013.

_Kathryn S. Fogle_
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Kathryn S. Fogle, Notary Public
Lower Paxton Twp, Dauphin County
My commission expires August 13, 2016

X _Michael B. Reneker_
Michael B. Reneker
Lex-Serv, LLC
75 Maiden Lane, Lower Level
New York, NY  10038
(212) 661-1180

Atty File#:   – Our File# **26168**