# AFFIDAVIT OF PROCESS SERVER

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**State of New Yor**

**AEREO INC.**

    Plaintiff

vs.

**CBS BROADCASTING, INC. ET AL**

    Defendant

Attorney:

FISH AND RICHARDSON P.C.
601 LEXINGTON AVENUE 52ND FLOOR
NEW YORK, NY. 10021

**Case Number:** 13CV3013

Legal documents received by AETNA/LEXSERV on May 06th, 2013 at 11:52 AM to be served upon **MIAMI TELEVISION STATION WBFS INC C/O CORPORATION SERVICE COMPANY at 1201 HAYS ST, TALLAHASSEE, FL. 32301**

I, Brennan W. Fogarty, swear and affirm that on **May 06th, 2013 at 3:15 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **SUMMONS, COMPLAINT, 7.1, CIVIL COVER SHEET, EXHIBITS** to **POLLYE JANISSE** as **ADMIN** of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

**Brennan W. Fogarty**
Process Server, # 230

**AETNA/LEXSERV**
**225 BROADWAY**
**SUITE 1802**
**NEW YORK, NY 10007**

**(347) 859-8928**

Internal Job ID: 2013000437

Reference Number:

The foregoing instrument was acknowledged before me on this ___ day of _____ ____ , 2013, by _____ , who is personally known to me or who has produced _____ as identification.

_____    _____
Notary Printed Name      Notary Signature

09-11-2016
Commission Expiration Date


**HERSCHEL HOLLOWAY**
Notary Public, State of Florida
Commission # EE 834260
My comm. expires Sept. 11, 2016

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.