# U.S. DISTRICT COURT

for the

## Southern District of New York

**Plaintiff:**
Aereo, Inc.

VS

**Case Number:** 12 5GS

**Defendant:**
CBS Broadcasting, Inc.    et al

SUMMONS AND COMPLAINT, CIVIL COVER SHEET,
RULE 7.1 STATEMENT WITH SUPPORTING
DOCUMENTS

## *Affidavit of Service*

I, Brandon Earegood, being duly sworn deposes and states that on May 7, 2013 at

3:12 pm he served a Summons in a Civil Action in the above entitled case upon Detroit

Television Station WKBD, Inc. at 601 Abbott Rd. in E. Lansing, Michigan 48823 by serving

Andrea Parsons, Registered Agent of CSC Lawyers Incorporation Service Company, Inc., by

handing said documents to her personally.

The deponent further saith not.

Brandon Earegood, Process Server

May 7, 2013

Date

Subscribed and sworn to me this 7th day of May 2013.
State of Michigan, County of Ingham . My commission expires 02/06/14

_____ Notary Public
Nancy L. Frankovich