UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK  Index No. 13 CV 3013

Calendar No.

AEREO, INC.                                                                                     *Plaintiff(s) Petitioner(s)*

                                                  against                                                                                        ~ AFFIDAVIT
                                                                                                                                                          OF
CBS BROADCASTING, INC. et al                                                    *Defendant)s) Respondent(s)*      SERVICE

STATE OF DELAWARE, COUNTY OF: NEW CASTLE         Ss.:
The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Wilmington, DE

On 5/6/13   at 1:30 PM   .M., at C/O CORPORATION SERVICE CO. 2711 CENTERVILLE RD. WILMINGTON, DE 19808
deponent served the within
  ☒ summons and complaint
  ☐ subpoena duces tecum
  ☐ citation     ☒ CIVIL CASE COVER SHEET WITH ADDENDUM, RULE 7.1 STATEMENT & EXHIBITS A-E

on CBS STATIONS GROUP OF TEXAS INC.    ☒ defendant   ☐ witness   hereinafter called   therein
                                                                                  ☐ -espondent                              the recipient       lamed

**INDIVIDUAL 1.** ☐   by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☒   a DELAWARE corporation, by delivering thereat a true *copy of each* to PAUL MATTHEWS (PROCESS AGENT) personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be THE AUTHORIZED PERSON thereof

**SUITABLE AGE PERSON 3.** ☐   by delivering thereat a true copy *of each* to                a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐   by affixing a true copy of *each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐   Deponent talked to            at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at                                                   and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at                   in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☐
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
|  | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
|  | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☒ 5'9"-6'0" | ☐ 161-200 Lbs. |
|  | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☒ Over 200 Lbs. |

Other identifying features:

**WITNESS FEES** ☐   $         the authorizing traveling expenses   ☐ was paid (tendered) to the recipient
                                      and one days' witness fee:            ☐ was mailed to the witness with subpeona copy.

**MILITARY SERVICE** ☐   I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military* uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on  5/6/13

                                                                                                              License No.

                                                                                      KEVIN S. DUNN

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/29/2015