Lex-Serv LLC
Corp/Business Service

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### AFFIDAVIT OF SERVICE



*9235*

Index no : **13 CV 3013**
Filed Date: **05/06/2013**
Office No:

| Plaintiff(s): | AEREO, INC. |
|---|---|
| | -vs- |
| Defendant(s): | CBS BROADCASTING, INC., ET AL |

STATE OF NEW YORK COUNTY OF ALBANY     ss.:

**Ryan Gagliardi**, the undersigned, being duly sworn, deposes and says:

On **05/06/2013** at **2:15 PM**, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY JUDGMENT, EXHIBITS A - E, CIVIL COVER SHEET, AND RULE 7.1 STATEMENT on **CBS BROADCASTING INC. B/S/U CORPORATION SERVICE COMPANY AS REGISTERED AGENT** at **80 State Street, 10th Floor, Albany, NY 12207** in the manner indicated below:

By delivering a true copy of each to and leaving with **KASIA SPADARO, DESIGNATED AGENT** who stated he/she is authorized to accept service on behalf the corporation/government entity.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 40 | 5Ft4In-5Ft8In | 200 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on
may         7   , 20 13

_Jessica M Devoe (signature)_

Jessica M Devoe
Notary Public, New York
01DE6042657
Qualified in Albany County
Commission Expires 05/30/2014

X _Ryan Gagliardi (signature)_
Ryan Gagliardi
Lex-Serv LLC
225 Broadway
Suite 1802
New York, NY 10007
347-859-8928

Lex-Serv LLC
225 Broadway
New York, NY 10007

