# Affidavit of Process Server

USDC Southern District of New York
(NAME OF COURT)

Aereo Inc.  vs  Atlanta Television Station WUPA Inc.   13 CV 3013
PLAINTIFF/PETITIONER          DEFENDANT/RESPONDENT                    CASE NUMBER

I Chris Stanton, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Atlanta Television Station WUPA Inc.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons & Complaint, Exhibits A-E, Civil cover Sheet and 7.1 Disclosures with Supporting Documents

by leaving with Alisha Smidl    Process Coordinator    At
NAME                          RELATIONSHIP

☐ Residence _____
ADDRESS                    CITY / STATE

☒ Business Prentice Hall Corp  40 Technology Pkwy S. #300 Norcross, GA 30092
ADDRESS                    CITY / STATE

On 5/6/13 AT 3:36 pm
DATE            TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**

~~☐ Personal:~~ By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ___ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                    DATE    TIME        DATE    TIME
(3) _____ (4) _____ (5) _____
    DATE    TIME      DATE    TIME      DATE    TIME

**Description:** Age___ Sex___ Race___ Height___ Weight___ Hair___ Beard___ Glasses___

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 7 day of May, 2013, by _____
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of _____

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS