UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AEREO, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CBS BROADCASTING INC.; CBS STUDIOS INC.; CBS TELEVISION LICENSES, LLC D/B/A WSBK-TV, WBZ-TV, WJZ-TV; ATLANTA TELEVISION STATION WUPA, INC. D/B/A WUPA-TV; CBS TELEVISION STATIONS, INC. D/B/A WFOR-TV, KCNC-TV; MIAMI TELEVISION STATION WBFS, INC. D/B/A WBFS-TV; CBS BROADCASTING INC. D/B/A WBBM-TV, WWJ-TV, WCCO, KDKA-TV, KYW-TV; CBS STATIONS GROUP OF TEXAS, INC. D/B/A KTVT-TV; TELEVISION STATION KTXA, INC. D/B/A KTXA-TV; CBS OPERATIONS, INC. D/B/A WTOG-TV; DETROIT TELEVISION STATION WKBD, INC. D/B/A WKBD-TV, PITTSBURGH TELEVISION STATION WPCW, INC. D/B/A WPCW-TV; AND PHILADELPHIA TELEVISION STATION WPSG, INC. D/B/A WPSG-TV,<br><br>    Defendants. | No. 13-CV-3013 (AJN)<br>[rel. 12-CV-1540 (AJN)] |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter the appearance of James W. Quinn of Weil, Gotshal & Manges LLP as counsel of record for Defendants CBS Broadcasting Inc.; CBS Studios Inc.; CBS Television Licenses, LLC D/B/A WSBK-TV, WBZ-TV, WJZ-TV; Atlanta Television Station WUPA, Inc. D/B/A WUPA-TV; CBS Television Stations, Inc. D/B/A WFOR-TV, KCNC-TV; Miami Television Station WBFS, INC. D/B/A WBFS-TV; CBS Broadcasting Inc. D/B/A WBBM-TV, WWJ-TV, WCCO,

KDKA-TV, KYW-TV; CBS Stations Group of Texas, Inc. D/B/A KTVT-TV; Television Station KTXA, Inc. D/B/A KTXA-TV; CBS Operations, Inc. D/B/A WTOG-TV; Detroit Television Station WKBD, Inc. D/B/A WKBD-TV, Pittsburgh Television Station WPCW, INC. D/B/A WPCW-TV; and Philadelphia Television Station WPSG, Inc. D/B/A WPSG-TV.

    I certify that I am admitted to practice in this Court.

| | |
|---|---|
| Dated: New York, New York<br>      May 28, 2013 | Respectfully submitted,<br> /s/ James W. Quinn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Tel:  (212) 310-8000<br>Fax:  (212) 310-8007<br>james.quinn@weil.com<br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

      The undersigned certifies that, on May 28, 2013, a true and correct copy of the foregoing Notice of Appearance was filed electronically with the Court, and served on counsel of record via electronic filing.

                                  /s/ Yehudah L. Buchweitz
                                  Yehudah L. Buchweitz