UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AEREO, INC.,<br><br>         Plaintiff,<br><br>v.<br><br>CBS BROADCASTING INC.; CBS STUDIOS INC.; CBS TELEVISION LICENSES, LLC D/B/A WSBK-TV, WBZ-TV, WJZ-TV; ATLANTA TELEVISION STATION WUPA, INC. D/B/A WUPA-TV; CBS TELEVISION STATIONS, INC. D/B/A WFOR-TV, KCNC-TV; MIAMI TELEVISION STATION WBFS, INC. D/B/A WBFS-TV; CBS BROADCASTING INC. D/B/A WBBM-TV, WWJ-TV, WCCO, KDKA-TV, KYW-TV; CBS STATIONS GROUP OF TEXAS, INC. D/B/A KTVT-TV; TELEVISION STATION KTXA, INC. D/B/A KTXA-TV; CBS OPERATIONS, INC. D/B/A WTOG-TV; DETROIT TELEVISION STATION WKBD, INC. D/B/A WKBD-TV, PITTSBURGH TELEVISION STATION WPCW, INC. D/B/A WPCW-TV; AND PHILADELPHIA TELEVISION STATION WPSG, INC. D/B/A WPSG-TV,<br><br>         Defendants. | No. 13-CV-3013 (AJN)<br>[rel. 12-CV-1540 (AJN)] |

**CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that:

1.      CBS Broadcasting Inc. is an indirect wholly-owned subsidiary of CBS Corporation, a publicly traded corporation. National Amusements, Inc., a privately held company, beneficially owns the majority of the voting stock of CBS Corporation;

2.  CBS Studios Inc. is an indirect wholly-owned subsidiary of CBS Corporation, a publicly traded corporation. National Amusements, Inc., a privately held company, beneficially owns the majority of the voting stock of CBS Corporation;

3.  CBS Television Licenses, LLC is a wholly-owned subsidiary of CBS Corporation, a publicly traded corporation. National Amusements, Inc., a privately held company, beneficially owns the majority of the voting stock of CBS Corporation;

4.  Atlanta Television Station WUPA, Inc. is an indirect wholly-owned subsidiary of CBS Corporation, a publicly traded corporation. National Amusements, Inc., a privately held company, beneficially owns the majority of the voting stock of CBS Corporation;

5.  CBS Televisions Stations, Inc. is an indirect wholly-owned subsidiary of CBS Corporation, a publicly traded corporation. National Amusements, Inc., a privately held company, beneficially owns the majority of the voting stock of CBS Corporation;

6.  Miami Television Station WBFS, Inc. is an indirect wholly-owned subsidiary of CBS Corporation, a publicly traded corporation. National Amusements, Inc., a privately held company, beneficially owns the majority of the voting stock of CBS Corporation;

7.  CBS Stations Group of Texas, Inc. is a wholly-owned subsidiary of CBS Corporation. National Amusements, Inc., a privately held company, beneficially owns the majority of the voting stock of CBS Corporation;

8.  Television Station KTXA, Inc. is an indirect wholly-owned subsidiary of CBS Corporation, a publicly traded corporation. National Amusements, Inc., a privately held company, beneficially owns the majority of the voting stock of CBS Corporation;

9. CBS Operations, Inc. is a wholly-owned subsidiary of CBS Corporation. National Amusements, Inc., a privately held company, beneficially owns the majority of the voting stock of CBS Corporation;

10. Detroit Television Station WKBD Inc. is an indirect wholly-owned subsidiary of CBS Corporation, a publicly traded corporation. National Amusements, Inc., a privately held company, beneficially owns the majority of the voting stock of CBS Corporation;

11. Pittsburgh Television Station WPCW, Inc. is an indirect wholly-owned subsidiary of CBS Corporation, a publicly traded corporation. National Amusements, Inc., a privately held company, beneficially owns the majority of the voting stock of CBS Corporation;

12. Philadelphia Television Station WPSG, Inc. is an indirect wholly-owned subsidiary of CBS Corporation, a publicly traded corporation. National Amusements, Inc., a privately held company, beneficially owns the majority of the voting stock of CBS Corporation.

Dated: New York, New York
      May 28, 2013

WEIL, GOTSHAL & MANGES LLP

By:   /s/ James W. Quinn\_\_\_\_\_
    James W. Quinn
    Yehudah L. Buchweitz
767 Fifth Avenue
New York, New York  10153
Tel:  (212) 310-8000
Fax:  (212) 310-8007

*Attorneys for Defendants*