UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEREO, INC.,

                              Plaintiff,

                -against-                          13 cv  03013   ( AJN )

CBS BROADCASTING INC., et al.          MOTION FOR ADMISSION
                                                PRO HAC VICE
                              Defendant.

_____

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, I _____Elizabeth Brenckman_____, hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

___Aereo, Inc._____ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of

___Minnesota_____ and there are no pending disciplinary proceedings against

me in any state or federal court.

Dated:   May 29, 2013                    Respectfully Submitted,



                              _____

                              Applicant Signature

                              Applicant's Name:_ Elizabeth Brenckman_____

                              Firm Name:  ___Fish & Richardson P.C._____

                              Address:  _601 Lexington Avenue, 52nd Floor_

                              City / State / Zip: __New York, NY 10022_____

                              Telephone / Fax:  (212) 765-5070/(212) 258-2291_____

                              E-Mail:  ____brenckman@fr.com_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
AEREO, INC.,

Plaintiff,

-against-

CBS BROADCASTING INC., et al.

Defendant.

13 cv 3013 ( AJN )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of _____ Elizabeth Brenckman _____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

___ Minnesota _____; and that his/her contact information is as follows

(please print):

Applicant's Name: _____ Elizabeth Brenckman _____

Firm Name: _____ Fish & Richardson P.C. _____

Address: _____ 601 Lexington Avenue, 52nd Floor _____

City / State / Zip: ___ New York, NY 10022 _____

Telephone / Fax: ___ (212) 765-5070/(212) 258-2291 _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_____ Aereo, Inc. _____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____                         _____

United States District / Magistrate Judge

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

ELIZABETH EILLEENE BRENCKMAN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 31, 2008

Given under my hand and seal of this court on

May 20, 2013

*Bridget C. Germander*

Bridget C. Germander
Clerk of Appellate Courts

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2013, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Kathryn Lugo*
Kathryn Lugo