UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
AEREO, INC.,
:
                 Plaintiff,
:
     -v-
:
CBS BROADCASTING INC., ET AL.,
:
                 Defendants.
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 0 8 2013

13 Civ. 3013 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On May 28, 2013, Defendants filed a motion to dismiss in the above-captioned case. (Dkt. No. 20) Subsequently, on June 7, 2013, Plaintiff filed a first amended complaint. (Dkt. No 27) Finally, on June 21, 2013, Defendants filed a motion to dismiss the first amended complaint. (Dkt. No. 28) In light of the first amended complaint and the motion to dismiss the first amended complaint, Defendants' original motion to dismiss is denied as moot.

    This order resolves Docket Number 20.

Dated: July 8, 2013
New York, New York

                                        _____
                                        ALISON J. NATHAN
                                      United States District Judge