# Weil, Gotshal & Manges LLP

BY EMAIL

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Yehudah L. Buchweitz**
+1 (212) 310-8256
yehudah.buchweitz@weil.com

July 15, 2013

The Honorable Alison J. Nathan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Request for Oral Agument in *Aereo, Inc. v. CBS Broadcasting Inc., et al.*, Case No. 1:13-cv-3013-AJN [rel. 12-cv-1540 (AJN)]

Dear Judge Nathan:

This letter is written in accordance with Your Honor's rules regarding individual practices in civil cases, which state that "[p]arties may request oral argument by letter at the time their moving or opposing or reply papers are filed." *See* Rule 3(E). The Defendants filed their Reply Memorandum in Support of Defendants' Motion To Dismiss or Stay Aereo's Amended Complaint in the above-captioned proceeding on July 15, 2013, and respectfully request that oral argument be scheduled regarding this matter at a date and time convenient for the Court.

Please contact me if you have any questions.

Sincerely,

Yehudah L. Buchweitz

cc: All Counsel of Record (by email)