UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AEREO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CBS BROADCASTING INC.; CBS STUDIOS INC.; CBS TELEVISION LICENSES, LLC D/B/A WSBK-TV, WBZ-TV, WJZ-TV; ATLANTA TELEVISION STATION WUPA, INC. D/B/A WUPA-TV; CBS TELEVISION STATIONS, INC. D/B/A WFOR-TV, KCNC-TV; MIAMI TELEVISION STATION WBFS, INC. D/B/A WBFS-TV; CBS BROADCASTING INC. D/B/A WBBM-TV, WWJ-TV, WCCO, KDKA-TV, KYW-TV; CBS STATIONS GROUP OF TEXAS, INC. D/B/A KTVT-TV; TELEVISIONS STATION KTXA, INC. D/B/A KTXA-TV; CBS OPERATIONS, INC. D/B/A WTOG-TV; DETRIOT TELEVISION STATION WKBD, INC. D/B/A WKBD-TV, PITTSBURGH TELEVISION STATION WPCW, INC. D/B/A WPCW-TV; AND PHILADELPHIA TELEVISION STATION WPSG, INC. D/B/A/ WPSG-TV,<br><br>Defendants. | No. 1:13-cv-3013 (AJN)<br><br>[rel. 12-cv-1540 (AJN)] |

### **NOTICE OF APPEARANCE**

Please enter the appearance of Matthew C. Berntsen, of Fish & Richardson P.C., as counsel for Plaintiff Aereo, Inc., in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated: August 5, 2013                                 Respectfully submitted,

                                                 /s/ Matthew C. Berntsen
FISH & RICHARDSON P.C.
Matthew C. Berntsen (MB 8752)
R. David Hosp (DH 3344)
Christopher Dillon (admitted *pro hac vice*)
Frank E. Scherkenbach (admitted *pro hac vice*)
Mark S. Puzella (admitted *pro hac vice*)
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906
Email: berntsen@fr.com
       hosp@fr.com
       dillon@fr.com
       scherkenbach@fr.com
       puzella@fr.com

Tal Kedem (TK 1337)
Elizabeth Brenckman (admitted *pro hac vice*)
601 Lexington Avenue, 52nd Floor
New York, NY 10022
Telephone: (212) 765-5070
Facsimile:  (212) 258-2291
Email: kedem@fr.com
       brenckman@fr.com


WINSTON & STRAWN LLP
Michael S. Elkin (ME 2300)
Thomas Patrick Lane (TL 8983)
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Email: melkin@winston.com
       tlane@winston.com

Seth D. Greenstein
Constantine Cannon LLP
One Franklin Square
1301 K Street NW
Suite 1050 East
Washington, D.C. 20005
Telephone: (202) 204-3500
Email: sgreenstein@constantinecannon.com

*Attorneys for Plaintiff Aereo, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2013, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Matthew C. Berntsen*
Matthew C. Berntsen